UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Daniel James**                                    **Docket No. 7:23-CR-78-1D**

### Petition for Action on Supervised Release

COMES NOW John P. Nasuti, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Daniel James, who, upon a finding of guilt by jury to Conspiracy to Distribute and Possess With Intent to Distribute a Quantity of a Mixture of a Substance Containing a Detectable Amount of Methamphetamine and Distribution of a Quantity of a Mixture of a Substance Containing a Detectable Amount of Methamphetamine in violation of 21 U.S.C. §§ 846, 841 (b)(1)(C) and (a)(1), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on April 17, 2024, to the custody of the Bureau of Prisons for a term of 36 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Daniel James was released from custody on April 22, 2025, at which time the term of supervised release commenced.

On January 6, 2026, this case was reassigned to The Honorable United States District Judge James C. Dever III.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant's grandmother has recently been diagnosed with a life-threating illness and serves as the defendant's primary support system. Considering this situation, the defendant has requested mental health treatment to cope with this difficult development. Furthermore, the defendant's presentence report indicates a history of severe drug use. Given these circumstances, the undersigned probation officer believes it is crucial for the defendant to also receive substance abuse treatment. This proactive approach is intended to establish the necessary support for the defendant. Lastly, the defendant signed a Waiver of Hearing agreeing to the proposed modifications of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

2. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ David W. Leake
David W. Leake
Supervising U.S. Probation Officer

/s/ John P. Nasuti
John P. Nasuti
U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-4290
Phone: 910-679-2056
Executed On: January 21, 2026

## ORDER OF THE COURT

Considered and ordered this ___22___ day of ___January___, 2026, and ordered filed and made a part of the records in the above case.

James C. Dever III
United States District Judge